UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>SHAWN O'FAIRE,<br><br>                              Defendant. | 20 Cr. 236 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for December 15, 2020, is hereby adjourned to 3:30 p.m. that same day, and will be held by videoconference. Instructions for accessing the hearing will be provided separately.

SO ORDERED.

Dated:  December 1, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge