UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SHAWN O'FAIRE,<br><br>Defendant. | 20 Cr. 236 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for December 15, 2020, is hereby adjourned to December 23, 2020, at 10:00 a.m., and will be held by videoconference. Instructions for accessing the hearing will be provided separately.

SO ORDERED.

Dated: December 15, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge